```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :
                                              ORDER
        - against -                 :
                                              97 Cr. 00817-14(DC)
GUILLERMO NEGRON, SR.,              :

                Defendant.          :

- - - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

        By letter dated December 14, 2020, defendant Guillermo Negron, Sr. moved for compassionate release pursuant to 18 U.S.C. §§ 3582(c)(1)(A)(i) and 4205(g).  The government shall respond to the motion by January 15, 2021.  If Negron wishes to submit reply papers, he shall do so by February 5, 2021.  The Clerk of the Court shall mail a copy of this order to Negron at the address listed below.

        SO ORDERED.

Dated:  New York, New York
        January 5, 2021

                                             ___s/Denny Chin_____
                                             DENNY CHIN
                                             United States Circuit Judge
                                             Sitting By Designation

To:  Guillermo Negron, Sr.
     FCI Schuylkill
     POB 759
     Minersville, PA  17954