UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :          **ORDER**

     - against -               :          97 Cr. 817-13 (DC)

GUILLERMO NEGRON, SR.,             :

              Defendant.      :

- - - - - - - - - - - - - - - - -x


**CHIN, Circuit Judge:**

     By letter dated October 29, 2021, defendant requests I take judicial notice that he is being hindered in seeking administrative remedies for a sentence reduction. Dkt. No. 621. Defendant asks that I do so because of his pending compassionate release motion in this Court.  Dkt. No. 597.

     Defendant's motion for compassionate release, however, is not longer pending, as I denied it by order entered July 14, 2021.  Dkt. No. 616.  Therefore, defendant's request is denied.

The Clerk of the Court is directed to mail copies of this order, the July 14, 2021, order, and the docket sheet to defendant at the address listed below.

SO ORDERED.

Dated:   New York, New York
         November 10, 2021


                                    ___s/Denny Chin_____
                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting by Designation


To:  Guillermo Negron, Sr., 40885-054
     F.C.I. Schuylkill
     P.O. Box 759
     Minersville, PA 17954

-2-