```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| - against - | : | 97 Cr. 817-13 (DC) |
| GUILLERMO NEGRON, SR., | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**:

On February 22, 2022, defendant Guillermo Negron, Sr., filed a motion for reconsideration, Dkt. No. 624, of my July 13, 2021, order denying compassionate release.  Dkt. No. 616.  As it has been seven months since the order was filed, defendant's motion is untimely.

Even if I were to consider defendant's motion to be timely, it would be denied.  A court considering a motion for compassionate release may deny the motion "in sole reliance on the applicable § 3553(a) sentencing factors."  *United States v. Keitt*, 21 F.4th 67, 73 (2d Cir. 2021).  In this case, I denied compassionate release on the sole ground that the § 3553(a) factors weighed against a reduction in sentence.  Dkt. No. 616

at 8.  In his present motion, defendant makes arguments only as to the existence of extraordinary and compelling reasons.  Even taking these arguments into account, the § 3553(a) factors still weigh decisively against a reduction in sentence.  Accordingly, defendant's motion is DENIED.

        The Clerk of the Court is directed to mail a copy of this order to defendant at the address listed below.

        SO ORDERED.

Dated:   New York, New York
           March 24, 2022

                                          s/Denny Chin
                                     DENNY CHIN
                                     United States Circuit Judge
                                     Sitting by Designation

To:  Guillermo Negron, Sr., 40885-054
     F.C.I. Schuylkill
     P.O. Box 759
     Minersville, PA 17954