```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :
                                          ORDER
        - against -                :
                                          97 Cr. 817-13 (DC)
GUILLERMO NEGRON, SR.,             :

                Defendant.         :

- - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

By letter dated June 10, 2022, defendant Guillermo Negron, Sr., has requested that this Court order the government to obtain his medical records. Dkt. No. 627.

It is hereby ordered that the government shall submit a response to defendant's letter by September 23, 2022. The Clerk of the Court shall mail a copy of this order to defendant at the address listed below.

SO ORDERED.

Dated:   New York, New York
         September 9, 2022

_____
DENNY CHIN
United States Circuit Judge
Sitting By Designation

To: Guillermo Negron, Sr., 40885-054
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA 17954