UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

          - v -                          :                    ORDER

GUILLERMO NEGRON, SR.,             :               97 Cr. 548-13 (DC)

                   Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APPEARANCES:          GUILLERMO NEGRON, SR., *pro se*
                      Register No. 40885-054
                      FCI Schuylkill
                      P.O. Box 749
                      Minersville, PA  17954-0759

CHIN, Circuit Judge:

          On October 12, 2022, defendant Guillermo Negron, Sr., wrote to this

Court *pro se*, titling his correspondence "Letter of Determination of Status and

Motion to Withdraw Compassionate Release Motion."  Dkt. No. 630.  Negron

asks whether any motion of his for compassionate release is pending and, if so,

requests to withdraw any such motion.

          By order entered July 14, 2021, I denied the motion for

compassionate release Negron filed *pro se* on December 14, 2020.  Dkt. Nos. 597,

616.  On February 22, 2022, Negron moved for reconsideration, and I denied that

motion on March 24, 2022.  Dkt. Nos. 624, 625.  Hence, Negron has no motions

pending before this Court; therefore, there is nothing for him to withdraw.

The Clerk of the Court is directed to mail copies of this order and the

docket sheet to Negron at the address listed above.

SO ORDERED.


Dated:      New York, New York
            October 28, 2022

                                              /s/ DC
                                   _____
                                   DENNY CHIN
                                   United States Circuit Judge
                                   Sitting by Designation

2