UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :

         - v -                          :        **ORDER**

GUILLERMO NEGRON, SR.,                :        97 Cr. 817-13 (DC)

         Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHIN, Circuit Judge:

      On February 5, 2024, the Court received a letter from Mr. Negron inquiring whether his motion for compassionate release dated November 1, 2023 had been docketed. Dkt. 636. The motion was docketed on November 2, 2023, Dkt. 635, and the Court denied the motion in a memorandum decision issued on December 15, 2023, Dkt. 637. As a result of a clerical error, however, the decision was not docketed until today, February 28, 2024. Dkt. 637. The Clerk of the Court is directed to send a copy of the decision (Dkt. 637) and the docket sheet to Mr. Negron at the address listed below.

      SO ORDERED.

Dated:    New York, New York
            February 28, 2023

                                            DENNY CHIN
                                            United States Circuit Judge
                                            Sitting by Designation

To:      Guillermo Negron, Sr.
         F.C.I. Otisville
         P.O. Box 1000
         Otisville, NY, 10963