UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

- against - : **ORDER**

GUILLERMO NEGRON, SR., : 97 Cr. 817-13 (DC)

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

By letter dated June 28, 2026, defendant Guillermo Negron, Sr. moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. 656.

It is hereby ORDERED as follows:

(1) The Government shall file its response to the motion by Monday August 3; and

(2) If Mr. Negron wishes to submit reply papers, he shall do so by Friday, August 14.

The Clerk of the Court is directed to mail a copy of this order to Negron at the address listed below. SO ORDERED.

Dated: New York, New York
July 13, 2026

/s/ Denny Chin
DENNY CHIN
United States Circuit Judge
Sitting by Designation

To: Guillermo Negron, Sr.
MCFP Springfield, P.O. Box 4000
Springfield, MO 65801